HOWARD N. BAILEY, Respondent, *v.* SARAH A. BAILEY, Appellant.*

(Argued March 13, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 12, 1887, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*W. E. Osborn* for appellant.

*T. C. Campbell* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____

JAMES B. HORTON, Respondent, *v.* WILLIAM H. S. WOOD, Appellant.

(Argued March 13, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 12, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Walter Edwards* for appellant.

*Andrew J. Provost* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

_____

* Reported below, 45 Hun, 278.